# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 2:23-cr-00323 |
| | : | |
| **TYLER MARX** | : | |
| | : | |

## ORDER

**AND NOW**, this 22nd day of November, 2023, it is hereby **ORDERED** that Defendant's Motion for the Pre-Trial Disclosure of Grand Jury Materials (Doc. No. 22) is **DENIED**.

**AND IT IS SO ORDERED.**

/s/ Paul S. Diamond
_____
Paul S. Diamond, J.