

Michael B. Homer<br>
(617) 693-9732<br>
mhomer@dynamisllp.com

July 26, 2024

**Via E-Mail to Chambers**

Hon. Paul S. Diamond
14614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    *United States v. Tyler Marx* **[2:23-cr-00323-PD]**

Judge Diamond,

    We write on behalf of Mr. Tyler Marx, the Defendant in *United States v. Tyler Marx*, Case No. 2:23-cr-00323-PD.

    On July 23, 2024, the Government filed a 17-page Motion to Exclude Testimony of Defendant's Expert Witness Or, In the Alternative, for a Daubert Hearing (ECF No. 101). The defense intends to file a response in opposition to this Motion.

    The defense hereby respectfully requests that the Court allow the defense to submit its response by August 6, 2024. AUSA Robert Livermore has advised that the Government has no objection to this request.

    Respectfully,

    */s/ Michael B. Homer*
    Michael B. Homer
    Eric S. Rosen
    Robert S. Frenchman
    Dynamis LLP
    225 Franklin Street, 26th Floor
    Boston, MA 02110
    (t) 617-693-9732
    mhomer@dynamisllp.com

cc:    AUSA Robert Livermore
        AUSA Jeanette Kang