## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23-323 |
| v. | : | |
| TYLER MARX | : | |

### GOVERNMENT'S SENTENCING MEMORANDUM

The United States of America, by its attorneys David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Robert J. Livermore, Assistant United States Attorney, respectfully represents as follows:

## I.    INTRODUCTION

TYLER MARX pleaded guilty to a one count information charging conspiracy to commit wire fraud.   MARX is scheduled to be sentenced on December 9, 2025, before the Honorable Paul S. Diamond.   The sentencing guidelines, as calculated by the government, recommend a sentence between 18 to 24 months in prison.    There is no mandatory minimum sentence.

## II.    FACTS OF THE CASE

### A.    Background

TYLER MARX and co-conspirator TANNER ROUGHTON both grew up in Virginia Beach, Virginia.   In high school, both MARX and ROUGHTON became interested in cryptocurrencies.   Upon graduating from high school in June

2016, MARX attended and graduated from the University of Virginia in Charlottesville while ROUGHTON briefly attended Virginia Commonwealth University in Richmond, before dropping out of school to work in cryptocurrency.

**B.    1Credit/1CR**

In college, MARX's and ROUGHTON's interest in cryptocurrencies continued.   Rather than merely trading cryptocurrencies, MARX and ROUGHTON wanted to develop their own cryptocurrency.   In studying coins listed on cryptocurrency exchanges, MARX and ROUGHTON found a coin called 1Credit or 1CR, which was traded on a cryptocurrency market known as Poloniex. 1CR was originally created as a gaming token to be used to play 1CR games online.   Similar to the way a person might buy a physical token to play a game at an arcade in an amusement park, the idea with 1CR was that users would buy digital 1CR coins to play games in a 1CR cyber arcade.   For whatever reason, the vision of the original developer of a 1CR arcade did not come to fruition. Correspondingly, the market cap for the 1CR coin by late summer 2016 was very low and very little trading of 1CR took place on Poloniex.

In September 2016, while they were both freshmen in college, MARX and ROUGHTON approached the developer of 1CR for permission to attempt to develop 1CR into a working gaming platform.   The developer agreed, and MARX

and ROUGHTON attempted to create an online arcade for 1CR.

MARX and ROUGHTON then began the "re-launch" of 1CR.   MARX and ROUGHTON heavily promoted 1CR as both a coin and its potential for future use in an online arcade.   In promoting 1CR, MARX and ROUGHTON agreed that they would use half-truths designed to mislead or conceal material facts from potential 1CR traders.   Throughout the fall of 2016, MARX and ROUGHTON used a Poloniex's chatroom called Trollbox to promote 1CR.   For example, MARX and ROUGHTON made promotional statements such as:

> "1cr is going so high"

> "Oh yeah! 1CR is spiking high"

> "Have you guys heard of the 1CR relaunch? I'm thinking about stocking up bags of 1CR."

Some cybercurrency traders used Trollbox to learn and share information about different coins.   MARX and ROUGHTON used Trollbox to post positive news about 1CRedit, including that it would be "relaunching."

Despite the fact that they were developing and promoting 1CR, MARX and ROUGHTON usually referred to the developers of 1CR in the third person in their online posts on Trollbox or Twitter.   For example, on September 27, 2016, MARX stated, "I know that 1CR has been passed on to new [developers]. Guys

don't grill me about 1CR haha I don't know everything about it . . . And I just wouldn't be surprised if 1CR got a big spike. *They* are pretty organized about this relaunch. All that matters is that people who invest in 1CR at 300 and sell out at 1200 make an absolute killing. Especially since 1CR has a release later today." (Emphasis added.)

Similarly, on September 28, 2016, MARX stated, "I disagree that 1CR is a scam."   He continued, "The main [developer] left 1CR, and the community stepped up to fill the void . . . the blockchain for 1CR is fixed and *they're* ready to compete." (Emphasis added.)

ROUGHTON also used the third person when referring to 1CR.   On October 7, 2016, ROUGHTON stated, "And if 1CR is actually able to deliver a real game to us alpha testers, *they'll* prove that they're doing real work . . . what it does is proves that 1CR is not a scam."   On October 10, 2016, in discussing 1CR, ROUGHTON stated, "*they* have the license for the game so *they* can use it and promote it."   ROUGHTON continued, "the developer of the game saying publicly that 1CR is all in the green . . . . *they* literally just proved they're not a scam."   On October 16, 2016, in discussing 1CR's new arcade, ROUGHTON stated, "The 20th is the release of their arcade gaming site … 1cr investor growth report coming out tomorrow time to see what *theyre* [sic] really made of."

4

The promotional activity of MARX and ROUGHTON helped drive up the price and volume of the 1CR coin on Poloniex.   The price of 1CR over the time period at issue increased from $0.84 per coin to almost $8 per coin.   During this time period, MARX and ROUGHTON sold 1CR coins and profited from the price increases.   In addition, MARX and ROUGHTON made statements on Trollbox implying that they would not sell 1CR coins.   For example, on September 28, 2016, MARX posted: "I have yet to sell my 1CR though."

While MARX and ROUGHTON were successful in marketing the viability of 1CR as a coin, they were less successful in developing the 1CR online arcade. When the 1CR arcade games were released, the games were poorly received by the public.   As a result, the price of the 1CR coin collapsed.   Poloniex delisted 1CR on January 4, 2017, when 1CR coin's value returned to a level near $0.

### C.    Belacoin

While MARX and ROUGHTON's efforts to develop 1CR were not successful, their interests in developing cybercurrencies continued.   MARX created a company called "The Ambia Fund" to further develop existing cryptocurrencies.   MARX also created an application called Belacam, which was similar to Instagram, that used a cryptocurrency called Belacoin.   On Belacam, users could post photos and could earn Belacoin if their posts were popular. Users

could browse the site, "like" other photos, and gift Belacoin from their own account to the other users.

Bitcointalk, a popular forum for cryptocurrency investors, had a chatroom devoted to Belacoin.   MARX and ROUGHTON used this chatroom to provide Belacoin promotional statements for both Belacam and Belacoin.   On October 1, 2017, MARX and ROUGHTON, using the online moniker "The Ambia Fund," posted:

> Bela was originally founded as 'Bellacoin' in early 2014. The Ambia Fund took over development and community management in 2016, and we have built wallets, updated Bela's source code, updated the logo and name, and given Bela a real-life use: Belacam. Belacam is a social media site for photo sharing where likes are monetized. With over 3,500 users in the Beta testing and Belacam Gamma in development, the site is poised to be one of the first real social media economies, powered by the Bela blockchain. We've established a new company, Live Bela LLC, to maintain and update Bela's source code with the mission of making Bela the easiest cryptocurrency to use and build upon. Our goal is to make Bela the go to token when entrepreneurs want to utilize crypto for their startups. If you want to create a project or startup that uses Bela, be sure to get in touch!

Later that day, MARX and ROUGHTON posted additional information: "Bela mining started back in 2014 when it was originally launched as 'Bellacoin.' Belacam is in open beta right now at Belacam.com, but the site is buggy and deposits are closed. Belacam Gamma, the much better (and nearly final) version of the site will be going through a security audit before being opened up to the public,

6

and we're extremely excited for that! The Lightning Network is Litecoin code, and we will be integrating it after our hard fork to update Bela's code to match Litecoin's."   Later on October 1, 2017, in response to an inquiry, MARX noted that one of the benefits of Belacoin was that it was already listed on Poloniex.

In late November 2016, word began to spread online that MARX and ROUGHTON were behind 1CR.   MARX and ROUGHTON understood that if the truth came out, that might have fatal consequences for their Belacoin project. MARX and ROUGHTON agreed that they should attempt to conceal their prior involvement in 1CR.   On November 25, 2016, writing from the Ambia Fund account, MARX and ROUGHTON posted a statement on Bitcointalk, which stated: "Belacam is our inaugural project, meaning we have not worked with a coin before.   For you, @weilichesbin [the other forum participant], this means that we have never worked with 1CR, CGA, or any other coin besides Belacoin. Furthermore, we have been 100% upfront with what we are doing with Belacoin." They continued, "Going forth, we suggest members of this thread simply ignore @weilichesbin."

On December 19, 2016, someone online created a post which showed both the 1CR and Belacoin logos together.   MARX then posted that the 1CR logo was only used a "placeholder" and that they had no association with 1CR.   He called it

7

a "coincidence" that Belacoin and 1CR appeared together.   MARX stated, "As we've stated before Belacoin is our first and only cryptocurrency investment." MARX then "apologized" to 1CR for using their logo without consent.

As with 1CR, MARX and ROUGHTON continued to trade Belacoin as they made promotional statements.   The value of Belacoin increased exponentially, and MARX and ROUGHTON profited from the increase in price.   The price of Belacoin increased from around $0.00291 per coin (in September 2016 prior to MARX and ROUGHTON's association with Belacoin) to about $0.2168 per coin (in July 2017), an increase of over 7,350%.   Nonetheless, on July 1, 2017, MARX posted the following statement, "Belacam is where we make our money.   Unlike you, The Ambia Fund doesn't earn anything when Belacoin's price doubles. Therefore, we are taking as much time as needed to make Belacam Gamma as great as we want it to be.   Please keep in mind that Belacam Gamma is a private business, separate from the Belacoin currency."

In May 2018, Poloniex delisted Belacoin.   However, small amounts of Belacoin continued to trade on other exchanges after that date.

## III.    SENTENCING GUIDELINES CALCULATION

The government agrees that the guidelines otherwise recommend a sentence of 18 to 24 months in prison.

## IV.   GOVERNMENT'S SENTENCING RECOMMENDATIONS

### A.    Background

The Supreme Court has declared:   "As a matter of administration and to secure nationwide consistency, the Guidelines should be the starting point and the initial benchmark."   Gall v. United States, 128 S. Ct. 586, 596 (2007). Thus, the Sentencing Guidelines remain an indispensable resource for assuring appropriate and uniform punishment for federal criminal offenses.

This Court must also consider all of the sentencing considerations set forth in Section 3553.   Those factors include: (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (3) the need to afford adequate deterrence to criminal conduct, and to protect the public from further crimes of the defendant; (4) the need to provide the defendant with educational or vocational training, medical care, or other correctional treatment in the most effective manner; (5) the guidelines and policy statements issued by the Sentencing Commission; (6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct;

and (7) the need to provide restitution to any victims of the offense.   18 U.S.C.
§ 3553.

### B.    Application

The relevant 3553 factors will be discussed in turn.

### 1.    The nature and circumstances of the offense

TYLER MARX committed a serious offense in that he and TANNER
ROUGHTON stole a little bit of money from a lot of cryptocurrency traders on
Poloniex.   According to the government expert witness's calculations, during the
offense conduct, 1,940 1CR traders lost money with an average loss of $31.64, and
33,558 Belacoin traders lost money with an average loss of $230.81.

Like many white-collar criminals, neither MARX nor ROUGHTON started
working with cryptocurrencies with the intention to defraud investors.   Both
MARX and ROUGHTON were intrigued with the concept of starting their own
business in this burgeoning field.   What they found was that the cryptocurrency
field, especially for alt-coins like 1CR and Belacoin, was a cesspool of con artists
and scammers.[1]   Traders hyped and trashed alt-coins with public posts on forums

---

[1]    Many of the traders who lost money in 1CR and Belacoin were running their
own scams and refused to cooperate with the government's investigation.   Some
of the cooperative traders interviewed by the government viewed their investments
in 1CR and Belacoin almost as a form of gambling.   They placed their chips on

such as Bitcointalk with no regard for the truth of their assertions.   Their goal was simply to drive up or down the price of the alt-coin so that they could profit accordingly.   While MARX and ROUGHTON certainly made false and misleading statements, that hardly made them outliers in this field.   In fact, they were often among the more sober commentators on these forums.

MARX and ROUGHTON conducted the 1CR and the Belacoin frauds very differently.   The 1CR fraud was a sophomoric venture which showed MARX and ROUGHTON's collective inexperience in the cryptocurrency field.   They made outlandish statements regarding the future viability of the 1CR arcade.   Very few traders fell for this obvious self-interested promotion.   MARX and ROUGHTON made promises to the market which they knew they could not keep, and when faced with the reality of the situation, the market for 1CR collapsed quickly. Their profits from the 1CR scheme were quite modest - about $116,000 combined.

MARX and ROUGHTON were embarrassed by their failure and ashamed by their actions.   Neither was raised by their families to lie and cheat in order to get ahead.   For the 1CR fraud, they childishly emulated other actors they observed online and tried to behave in the way they did.   When 1CR crashed, both MARX

---

certain alt-coins hoping that the Poloniex roulette wheel would land on one of them.

11

and ROUGHTON came to an understanding that they did not want to repeat this conduct.   They vowed to be far more measured and careful with their next venture, Belacoin.

However, before they could get Belacoin off the ground, MARX and ROUGHTON were confronted with their prior 1CR history.   They knew that if they were honest about their prior association with 1CR, Belacoin had no chance of being successful.   So they lied.   Repeatedly.   Forcefully.   The market accepted those lies, and Belacoin began to increase in value.   As Belacoin increased in value, MARX and ROUGHTON sold their Belacoin holdings for a profit, in part to fund their own lifestyle but also to invest in the Belacam business. When traders accused them of profiting from Belacoin, MARX and ROUGHTON made misleading statements denying that fact.

But there was far more legitimacy to the Belacoin/Belacam operation than 1CR.   MARX, and to a lesser extent ROUGHTON, genuinely tried to turn the Belacam mobile application into a legitimate and profitable business.   The fact that the Belacam mobile application was ultimately not successful was the result of natural market factors, not any criminal actions on the part of MARX or ROUGHTON.

MARX and ROUGHTON also played very different roles in the conspiracy.

12

For 1CR, MARX and ROUGHTON were essentially equal partners, and both made false and misleading statements.   For Belacoin, MARX played the leading role while ROUGHTON initially played a customer service role.   As months wore on, ROUGHTON became disillusioned with Belacoin and moved further away from MARX.   MARX and ROUGHTON eventually renegotiated their deal and agreed that MARX would own more than 80% of the companies to recognize that MARX was doing the bulk of the work.   MARX also took the lion's share of the profits.   By this point, the crux of the criminal conduct had been completed.

### 2.    The history and characteristics of the defendant

TYLER MARX is an extraordinarily bright and accomplished young man. He possesses rare cyber skills.   MARX developed or supervised the development of most of the computer software needed for 1CR and Belacoin/Belacam.   There is no question that he could be highly successful in any endeavor he chose to undertake.   He has no prior criminal record, and his conduct on post-indictment supervision has been exemplary.

### 3.    The need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense

In this case, there is a strong need to promote respect for the law and provide just punishment for the offense.   Financial frauds of this nature are, unfortunately,

all too common - especially in the alt-coin market.   There are many start-up companies and other businesses that are trying to get on their feet financially.   The way to do that is not by lying and cheating investors.

### 4.   The need to afford adequate deterrence to criminal conduct, and to protect the public from further crimes of the defendant.

In this case, there is also a need for general deterrence.   The cryptocurrency marketplace, especially for alt-coins, is a complete cesspool of criminality. Fraudsters and scammers of all types pervade marketplaces trying to make money by any means possible.

The government believes that the need for specific deterrence is less in this instance than perhaps in other cases.   MARX has a long track record of having a positive impact in his community since the end of his offense conduct.   He has been on court supervision.   He has been steadily employed.   MARX has demonstrated, through his actions, that his chances of recidivism are very low.

### 5.   The need to provide the defendant with educational or vocational training, medical care, or other correctional treatment in the most effective manner

The government is not aware that the defendant needs any such training or treatment.

      **6.**     **The need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct**

MARX's sentence should be consistent with sentences of other defendants with similar § 3553 factors.

**V.**    **<u>CONCLUSION</u>**

The government recommends that the Court sentence MARX to a reasonable sentence after considering all of the § 3553 factors.

          Respectfully submitted,

          DAVID METCALF
          United States Attorney


          */s/ Robert J. Livermore*
          ROBERT J. LIVERMORE
          Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Sentencing

Memo was served upon the following:

Eric Samuel Rosen, Esquire
erosen@dynamisllp.com

Joseph G. Poluka, Esquire
poluka@blankrome.com

Huaou Yan, Esquire
huaou.yan@blankrome.com

Robert S. Frenchman, Esquire
rfrenchman@dynamisllp.com


_____*/s/ Robert J. Livermore*_____
ROBERT LIVERMORE
Assistant United States Attorney

16