### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Crim. No. 23-323** |
| | **:** | |
| **TYLER MARX** | **:** | |
| | **:** | |

## O R D E R

**AND NOW**, this 7th day of April, 2026, upon consideration of Defendant's Motion for Release Pending Appeal Pursuant to 18 U.S.C. § 3143(b) (Doc. No. 162), and the Government's Response (Doc. No. 166), it is hereby **ORDERED** that the Defendant's Motion (Doc. No. 162) is **DENIED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.